opinion. Burr, Thomas and Carr, JJ., concurred; Jenks, P. J., and Woodward, J., dissented.

The People of the State of New York ex rel. Abraham Abraham and Others, Constituting and Doing Business under the Firm Name and Style of Abraham & Straus, Respondents, v. Frank E. Perley and Others, as and Constituting the State Board of Tax Commissioners, Appellants.— Final order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. James Matthews and Gardner D. Matthews, Constituting and Doing Business under the Firm Name and Style of A. D. Matthews' Sons, Respondents, v. Frank E. Perley and Others, as and Constituting the State Board of Tax Commissioners, Appellants.— Final order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Patrick H. Quinn, as Sheriff of the County of Kings, Respondent, v. National Fireproof Sash and Door Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

F. E. Rosebrock & Company, Respondent, v. Henry Lemmermann, Appellant. — Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Louis Ross, Respondent, v. Michael Meyerowitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Ignazio Rosso, Appellant, v. The Nassau Electric Railroad Company, Respondent. (Action No. 1.) — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Ignazio Rosso, Appellant, v. The Nassau Electric Railroad Company, Respondent. (Action No. 2.) — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

John Rutz, Jr., Appellant, v. Mathew D. Taylor, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Mamie Schnetzer, Respondent, v. Katie Schnetzer, Appellant.— Judgment of the Municipal Court modified with stipulation of counsel so as to fix the value of the chattels in question at the sum of $114, and as modified affirmed, with costs. No opinion.    Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Josephine A. Schuller, Appellant, v. Filippo Todaro, Respondent, Impleaded with Joseph Nichia.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Jenks, P. J., Burr, Carr and Rich, JJ., concurred; Thomas, J., not voting.

Frederick Weber, Respondent, v. Henry Tredob, Appellant.— Judgment and order affirmed on reargument, with costs. No opinion. Hirschberg, Burr, Carr and Woodward, JJ., concurred; Thomas, J., dissented on the ground that plaintiff was guilty of contributory negligence in the manner of holding the material at the time of his injury.